**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

NATHANIEL FITZGERALD,
ADC #84210                                                                                          PLAINTIFF

v.                                              1:10-cv-00039-DPM-JTK

RAY HOBBS, et al.                                                                             DEFENDANTS

**<u>ORDER</u>**

By Order dated September 20, 2010, United States District Judge D.P. Marshall Jr. directed

this Court to reconsider Plaintiff's allegations against Defendants Page and Nance, and to determine

whether Plaintiff stated a claim for relief against these Defendants (Doc. No. 20).  The Court finds,

upon further review of Plaintiff's Complaint and Addenda, that he states an Eighth Amendment

deliberate indifference claim against these two Defendants, and that service is now appropriate.

Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Warden Page

and Dr. Nance.  The Clerk of the Court shall prepare summons for the Defendants and the United

States Marshal is hereby directed to serve a copy of the Original Complaint (Doc. No. 1), Addenda

(Doc. Nos. 9, 15), and summons on Defendant Page in care of the Arkansas Board of Correction and

Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550,

without prepayment of fees and costs or security therefore.  The United States Marshal is hereby

directed to serve a copy of the Original Complaint (Doc. No. 1), Addenda (Doc. Nos. 9, 15), and

summons on Defendant Dr. Page in care of Humphries and Lewis Law Firm, P.O. Box 20670, White

Hall, AR 71612, without prepayment of fees and costs or security therefore.

-1-

IT IS SO ORDERED this 1st day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE