## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NATHANIEL L. FITZGERALD,                                                                    PLAINTIFF
ADC #84210

v.                                        1:10-cv-00039-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

### ORDER

Plaintiff's Motion to voluntarily dismiss this case against Defendants (Doc. No. 64) is GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE