## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

NATHANIEL L. FITZGERALD,                                                                       PLAINTIFF
ADC #84210

v.                                              1:10-cv-00039-JTK

RAY HOBBS, et al.                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

IT IS SO ADJUDGED this 19th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE