**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

NATHANIEL FITZGERALD,
ADC #84210                                                                            PLAINTIFF

v.                                        1:10-cv-00039-JTK

RAY HOBBS, et al.                                                               DEFENDANTS

## ORDER

    In response to the Court's Scheduling Order of June 2, 2011 (Doc. No. 70), and in anticipation of the Pre-Jury Evidentiary Hearing scheduled at 9:30 a.m., September 22, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas, the Plaintiff has submitted a request for three witnesses (Doc. No. 88).  Noting that the Pre-Jury Evidentiary Hearing to be conducted is limited in scope, I find that the requested witnesses should be denied.

    The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records and institutional file.

    The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

    IT IS SO ORDERED this 30th day of August, 2011.

_____

  JEROME T. KEARNEY
  UNITED STATES MAGISTRATE JUDGE