**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

NATHANIEL L. FITZGERALD,
ADC #84210                                                                              PLAINTIFF

v.                                           1:10-cv-00039-JTK

RAY HOBBS, et al.                                                                  DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief

sought is denied.

IT IS SO ADJUDGED this 28th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE